■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND ALFORD, Appellant. [987 NYS2d 864]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 1, 1999 (*People v Alford*, 266 AD2d 225 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered May 16, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Balkin, Hall and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND ALFORD, Appellant. [987 NYS2d 861]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 4, 2009 (*People v Alford*, 67 AD3d 696 [2009]), affirming a judgment of the Supreme Court, Kings County, rendered November 30, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Skelos, Chambers and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO ALVAREZ, Appellant. [987 NYS2d 862]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 12, 2011 (*People v Alvarez*, 86 AD3d 578 [2011]), affirming a sentence of the County Court, Orange County, imposed January 11, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dickerson, J.P., Hall, Roman and Hinds-Radix, JJ., concur.